# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| WELLS FARGO BANK N.A. | : | No. 487 MAL 2016 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| JOANNE R. RICCI, AKA JOANNE R. | : | |
| PILCHESKY | : | |
| | : | |
| | : | |
| PETITION OF: JOSEPH W. PILCHESKY | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.